[No. 27843-6-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL URGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04599-1, Robert E. Dixon, J., entered January 18, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 26987-9-I.   Division One.   September 21, 1992.]

*In the Matter of the Dependency of* M.C.

BEVERLY BURRELL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-7-00305-0, Steven G. Scott, J., entered July 31, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 28262-0-I.   Division One.   September 21, 1992.]

JOHN H. SCHLOREDT, ET AL, *Appellants*, v. HAROLD CHASE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-00994-5, Sally Pasette, J., entered March 18, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 11165-2-III.   Division Three.   September 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. E.L.D., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00162-1, Carolyn A. Brown, J., entered October 12, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.